## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

John Hancock

                          Plaintiff,

v.                                                   Case No.: 1:21−cv−04890
                                                              Honorable Charles R. Norgle Sr.

AAA Galvanizing – Peoria, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 30, 2022:

      MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's Motion to enforce settlement [20]. Briefing is as follows: Responses due by 10/14/2022; Replies due by 10/21/2022. Mailed notice(smm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.