# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN HANCOCK, on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AAA GALVANIZING - PEORIA, INC. and AZZ INC.,<br><br>Defendants. | Case No.: 1:21-cv-4890<br><br>Hon. Judge Charles P. Kocoras |

## DEFENDANTS' COUNTER MOTION
## TO ENFORCE THE SETTLEMENT AGREEMENT

Defendants AAA Galvanizing – Peoria, Inc. d/b/a AZZ Galvanizing – Peoria and AZZ Inc. (collectively "Defendants"), by and through their undersigned counsel, respectfully move this Court to enforce the June 21, 2022 settlement agreement entered into by Defendants and Plaintiff wherein Defendants agreed to pay $531 for each of the 182 settlement class members who signed a waiver of claims and $950 for each of the 474 settlement class members who did not sign a waiver of claims, equal to a total settlement sum of $546,942.00.

For the reasons set forth in Defendants' Response in Opposition to Plaintiff's Motion to Enforce Settlement and Counter Motion to Enforce the Settlement Agreement, filed herewith, this Court should grant Defendants' counter motion.

*Signature block on following page.*

Dated: October 21, 2022               Respectfully submitted,

                                      AAA Galvanizing – Peoria, Inc. d/b/a AZZ
                                      Galvanizing – Peoria and AZZ Inc.


                                      By: */s/ William F. Dugan*
                                           William F. Dugan
                                           One of Defendants' Attorneys


William F. Dugan
Remy D. Snead
**BAKER & MCKENZIE LLP**
300 E. Randolph St., Suite 5000
Chicago, IL 60605
Telephone: +1 312 861 8000
Facsimile: +1 312 861 2899
*william.dugan@bakermckenzie.com*
*remy.snead@bakermckenzie.com*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 21, 2022, the foregoing Defendants' Counter Motion to Enforce the Settlement Agreement was filed with the Court via ECF filing, and served via electronic mail on the following:

William H. Beaumont
Roberto Luis Costales
Beaumont Constales LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
rlc@beaumontcostales.com
whb@beaumontcostales.com
*Attorneys for Plaintiff*

         By: _/s/ William F. Dugan_____
           William F. Dugan