**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN HANCOCK, on behalf of himself and other persons similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>AAA GALVANIZING - PEORIA, INC. and AZZ INC.,<br><br>        Defendants. | Case No.: 1:21-cv-4890<br><br>Hon. Judge Charles P. Kocoras |

**JOINT MOTION FOR ENTRY OF STIPULATION TO REMAND ACTION**
**TO THE CIRCUIT COURT OF WILL COUNTY, ILLINOIS**

Plaintiff John Hancock ("Plaintiff") and Defendants AAA Galvanizing – Peoria, Inc. d/b/a AZZ Galvanizing – Peoria and AZZ Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby jointly move for entry of a stipulation remanding this Action to the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois. In support of the instant stipulation, the Parties state as follows:

1. This Action was originally filed in the Circuit Court of Will County, Illinois, Case No. 2021L000612, on August 10, 2021.

2. Plaintiff alleges that Defendant violated the Biometric Information Privacy Act, 740 ILCS 14/1, et seq. ("BIPA"), by: (1) failing to develop and/or make public a written policy to Plaintiff and class members, in violation of Section 15(a) of BIPA; (2) collecting, capturing, obtaining and storing Plaintiff's and class members' biometric identifiers and/or information without informing them in writing and obtaining a written release, in violation of Section 15(b) of BIPA; and (3) failing to store Plaintiff's and class members' biometric data using the reasonable standard of care within Defendants' industry and/or in a manner that is the same as or more protective than the manner in which they store, transmit, and protect

other confidential and sensitive information, in violation of Section 15(e) of BIPA. (*See* ECF No. 1-1, ¶¶ 34-36.)

3.      On September 15, 2021, Defendants timely removed this Action to the United States District Court for the Northern District of Illinois. (*See* ECF Nos. 1, 1-1.)

4.      The Parties have reached a settlement that, if finally approved, will fully and finally resolve all claims asserted against Defendants in this Action.

5.      Pursuant to the terms of the Parties' Confidential Class Action Settlement Term Sheet, the Parties agreed to process the settlement in the Circuit Court of Will County.

6.      For the sole purpose of effectuating settlement, the Parties hereby stipulate to remand this matter to the Circuit Court of Will County, with each party to bear its own costs and fees.

WHEREFORE, the Parties jointly move the Court to enter an Order remanding this matter to the Circuit Court of Will County, Illinois, with each party to bear its own costs and fees. A Proposed Order (in the form attached hereto as Exhibit A) will be emailed to the Court's chambers email address, Proposed_Order_Kocoras@ilnd.uscourts.gov, in accordance with the Court's Standing Order.

*Signature blocks on following page.*

2

Dated:  March 23, 2023

Respectfully submitted,

**AAA Galvanizing – Peoria, Inc. d/b/a AZZ
Galvanizing – Peoria and AZZ Inc.**

By: */s/ William F. Dugan*
    William F. Dugan

William F. Dugan
Remy D. Snead
Baker & McKenzie LLP
300 E. Randolph St., Suite 5000
Chicago, IL 60605
Telephone: +1 312 861 8000
Facsimile: +1 312 861 2899
*william.dugan@bakermckenzie.com*
*remy.snead@bakermckenzie.com*
**Counsel for Defendants**

**John Hancock**

By: */s/ William Beaumont (with permission)*
    William H. Beaumont

William H. Beaumont
Roberto Luis Costales
Beaumont Costales LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
rlc@beaumontcostales.com
whb@beaumontcostales.com
**Counsel for Plaintiff**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 23, 2023, the foregoing Joint Motion for Entry of Stipulation to Remand Action to the Circuit Court of Will County, Illinois, was filed with the Court via ECF filing and served on the following:

William H. Beaumont
Roberto Luis Costales
Beaumont Constales LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
rlc@beaumontcostales.com
whb@beaumontcostales.com
*Counsel for Plaintiff*

By: _/s/ William F. Dugan_____
    William F. Dugan

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN HANCOCK, on behalf of himself and other persons similarly situated, | |
| Plaintiff, | Case No.: 1:21-cv-4890 |
| v. | Hon. Judge Charles P. Kocoras |
| AAA GALVANIZING - PEORIA, INC. and AZZ INC., | |
| Defendants. | |

**[PROPOSED] ORDER ENTERING JOINT STIPULATION TO REMAND ACTION**
**TO THE CIRCUIT COURT OF WILL COUNTY, ILLINOIS**

Before the Court is the Parties' Motion to Enter Joint Stipulation to Remand Action to the Circuit Court of Will County, Illinois, Twelfth Judicial Circuit (the "State Court").

The Court, being fully advised of the premises, hereby GRANTS the Parties' Motion, enters the Stipulation, and remands this Action to State Court, with each party to bear its own costs and fees. All pending deadlines for this matter are hereby stricken.

SO ORDERED.

Dated: March __, 2023

_____
Hon. Judge Charles P. Kocoras
United States District Judge