## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

John Hancock

                            Plaintiff,

v.                                          Case No.: 1:21–cv–04890
                                            Honorable Charles P. Kocoras

AAA Galvanizing – Peoria, Inc., et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 23, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: Joint Motion for Entry of Stipulation to Remand Action to the Circuit Court of Will County [33] is granted. By stipulation of the parties, this matter is remanded to the Circuit Court of Will County, Illinois. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.